# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



Index no :2:17-CV-04014-SJF-ARL

| Plaintiff(s): | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST |
|---|---|
| Defendant(s): | JEFFREY J. SPERA, ET AL |

STATE OF NEW YORK
COUNTY OF SUFFOLK    ss.:

**Victoria Foley**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **07/20/2017** at **6:45 AM**, I served the within **1303 NOTICE-Help for Homeowners in Foreclosure in bold fourteen-point type and printed on colored paper, and the title to the notice printed in twenty-point type in compliance with RPAPL Sect 1303.; 1320 NOTICE; DEBT VALIDATION LETTER; CERTIFICATE OF MERIT; SUMMONS IN A CIVIL ACTION AND COMPLAINT Bearing Index Number 2:17-CV-04014-SJF-ARL and date of filing of 07/07/2017** on **JENNIFER M. SPERA** at **57 S HOWELL AVE, FARMINGVILLE, NY 11738** in the manner indicated below:

**INDIVIDUAL:** by delivering thereat a true copy of each to said **Defendant(s)** personally; deponent knew the person so served to be the person described herein by deponent asking the person if he or she is the named **defendant** and the person responding that he or she is in fact the person named in this action as the **defendant**.

Comments: **WHITE RANCH RESIDENCE**

A description of the **defendant**, or other person served on behalf of the **defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 40 | 5ft - 5ft3in | 100-124lbs |
| Other Features: | | | | | |

Your deponent asked the above mentioned **defendant** whether he or she was active in the military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, **defendant** is not active in the military service.

Sworn to and subscribed before me on

7/27/17

Lauren Montenegro
Notary Public,

LAUREN MONTENEGRO
Notary Public, State of New York
No. 01MO6283797
Qualified in Suffolk County
Commission Expires June 17, 2021

X_____
Victoria Foley
Alstate Process Service Inc.
60 Burt Drive
Deer Park, NY 11729
631/667-1800

GROSS POLOWY, LLC (F)
1775 WEHRLE DRIVE
SUITE 100
WILLIAMSVILLE, NY 14221
716/204-1700

Atty File#: 17-001568



# Affidavit of Service by Mail
**PURSUANT TO CPLR 3215**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST<br><br>-against-<br><br>JEFFREY J. SPERA, ET AL | Att File: 17-001568<br>Internal Id: 2583525<br>Index: 2:17-CV-04014-SJF-ARL<br>S & C Filed: 07/07/2017 |

**State of New York**
**County of Suffolk    ss.:**

**Victoria Foley** being duly sworn, deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on **July 27, 2017** Deponent mailed a copy of the **SUMMONS and 1303 Notice** in this action on those defendants listed below by first class mail in an envelope bearing the legend "personal and confidential" and not indicating on the outside of the envelope that the communication is from an attorney or concerns an alleged debt.

Defendant(s):    JENNIFER M. SPERA
57 S HOWELL AVE , FARMINGVILLE, NY 11738

Said mailing(s) was made to the Defendant(s) place of residence.

The foregoing statements are true, under penalty of perjury.

Sworn to before me on : 7/27/17

_____
Victoria Foley

LAUREN MONTENEGRO
Notary Public, State of New York
No. 01MO6283797
Qualified in Suffolk County
Commission Expires June 17, 2021

Alstate Process Service Inc. - 60 Burt DriveDeer Park, NY11729 - Tel: 631/667-1800 - Fax: 631/667-0302
GROSS POLOWY, LLC (F) - 1775 WEHRLE DRIVE WILLIAMSVILLE, NY 14221 716/204-1700