PROVEST LLC
320 CARLETON AVE, STE.2600
CENTRAL ISLIP, NY, 11722
(631) 666-6168

GROSS POLOWY, LLC
1775 WEHRLE DRIVE
WILLIAMSVILLE, NY 14221

**UNITED STATES DISTRICT COURT OR THE EASTERN DISTRICT COURT OF NEW YORK**

**CIVIL ACTION NO. 17-CV-4014**

**U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,**
                                                Plaintiff,
        Against

**JEFFREY J. SPERA, ET AL**
                        Defendants,

**AFFIDAVIT OF SERVICE**

John Freer being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of NY.

On August 01, 2017 at 6:31PM, I served the within SUMMONS & COMPLAINT and Certification with exhibits as required by CPLR §3012-B bearing index # 17-CV-4014 and filed on 07/07/2017, the Debt Validation Notice, and the required notice labeled Help for Homeowners in Foreclosure, with the title of the notice in bold, twenty-point type and the body in bold, fourteen-point type, printed on paper that was a different color than the SUMMONS & COMPLAINT, on **JEFFREY J. SPERA** at 57 S. HOWELL AVENUE FARMINGVILLE, NY 11738 in the manner indicated below:

**INDIVIDUAL**



by delivering thereat a true copy of each to said defendant personally, deponent knew said person so served to be the person described as said defendant therein. (S)He identified (her) himself as such.

**DESCRIPTION**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Skin Color | Hair Color | Age (Aprx) | Height (Aprx) | Weight (Aprx) |
|---|---|---|---|---|---|
| M | WHITE | BROWN | 41-45 | 6FT 4IN - 6FT 7IN | 231 LBS - 250 LBS |

USE IN NYC CIVIL CT.

The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

**MILITARY SERVICE**



I asked the person spoken to whether the defendant was in active military service of the United States or of the State of NY in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of NY State or of the United States as that term is defined in either the State or Federal statutes.

_____

FILE # 17-001568
CASE ID # 4933468

STATE OF New York
COUNTY OF Suffolk

Sworn to and subscribed before me this ___ day AUG 0 3 2017, 20___, by JOHN FREER (affiant name).

_____
Signature of Notary Public

_____
Print, Type or Stamp Notary's Commissioned Name

ROBERT NAPOLITANO
Notary Public, State of New York
No. 01NA6258216
Qualified in Suffolk County
Commission Expires March 26, 20__

Personally known ✓     OR     Produced Identification _____

Type of Identification Produced _____

| PROVEST LLC | GROSS POLOWY, LLC |
|---|---|
| 320 CARLETON AVE, STE.2600 | 1775 WEHRLE DRIVE |
| CENTRAL ISLIP, NY, 11722 | WILLIAMSVILLE, NY 14221 |
| (631) 666-6168 | |

**UNITED STATES DISTRICT COURT OR THE EASTERN DISTRICT COURT OF NEW YORK**

CIVIL ACTION NO. 17-CV-4014

U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,

              Plaintiff,

Against

JEFFREY J. SPERA, ET AL

              Defendants.

**AFFIDAVIT OF COMPLIANCE WITH REQUIREMENT OF ADDITIONAL NOTICE OF ACTION AGAINST A NATURAL PERSON BASED UPON NON-PAYMENT OF A CONTRACTUAL OBLIGATION UNDER CPLR § 3215 (G) (3)**

Kevin Colbert, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in Nassau County, New York.

That on **08/03/2017**, deponent sent a copy of the Summons in the within action by First Class Mail to **JEFFREY J. SPERA**, the defendant herein, properly enclosed in an envelope addressed to said defendant at defendant's last known address at **57 S. HOWELL AVENUE, FARMINGVILLE, NY 11738**, bearing the legend "PERSONAL & CONFIDENTIAL" and not indicating on the outside thereof, by the return address or otherwise, that the communication is from an attorney or concerns an alleged debt. That deponent deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service.

Kevin Colbert
FILE # 17-001568
CASE ID # 4933468

STATE OF _New York_
COUNTY OF _Suffolk_

Sworn to and subscribed before me this ___ day of **AUG 0 4 2017**, 2017, by _____ (affiant name).

_____
Signature of Notary Public

_Heather Gismondi_
Print, Type or Stamp Notary's Commissioned Name

Personally known  ✓   OR   Produced Identification _____

Type of Identification Produced _____

HEATHER MARIE GISMONDI
NOTARY PUBLIC, State of New York
No. 01GI6328748
Qualified in Suffolk County
Commission Expires 08/10/2019

PROVEST LLC
320 CARLETON AVE, STE.2600
CENTRAL ISLIP, NY 11722
(631) 666-6168

GROSS POLOWY, LLC
1775 WEHRLE DRIVE
WILLIAMSVILLE, NY 14221

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

CIVIL ACTION NO. 17-CV-4014

U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,

Plaintiff,

Against

JEFFREY J. SPERA, ET AL

Defendants,

**AFFIDAVIT OF NON-SERVICE**

John Freer being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in the State of NY.

That on July 13, 2017 at 4:20PM, I went to the property address at 2950 Express Drive, Suite 109, ISLANDIA, NY, 11749. The defendant, JEFFREY J. SPERA, could not be served at this address as per LORI CHEN (f/white/black/5'4/30/115/glasses), Paralegal at Michael J. Macco Esq., who advised that the defendant has not been a client since 2016.

FILE # 17-001568
CASE ID # 4933468

STATE OF New York
COUNTY OF Suffolk

Sworn to and subscribed before me this ____ day of JUL 2 8 2017 ____, 20___, by John Freer (affiant name).

_____
Signature of Notary Public

DOREEN NAPOLITANO
Notary Public, State of New York
No. 01NA6258217
Qualified in Suffolk County
Commission Expires March 26, 20 20

_____
Print, Type or Stamp Notary's Commissioned Name

Personally known ✓    OR    Produced Identification _____

Type of Identification Produced _____